**Order entered March 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01437-CR
No. 05-18-01438-CR
No. 05-18-01439-CR
No. 05-18-01440-CR
No. 05-18-01441-CR
No. 05-18-01442-CR
No. 05-18-01443-CR
No. 05-18-01444-CR

**DANIEL BARRY STEFFEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-83863-2017, 199-83864-2017, 199-83865-2017, 199-83866-2017,**
**199-83867-2017, 199-83868-2017, 199-83869-2017 & 199-84131-2017**

## ORDER

Before the Court is court reporter Sheri J. Vecera's second request for an extension of time to file the reporter's record. We observe that the reporter's record was due originally on January 11, 2019. On January 19, 2019, the Clerk notified Ms. Vecera that the record was overdue and directed her to file the reporter's record within thirty days. Ms. Vecera did not file her first request for extension until February 19, 2019. Thus, although this is Ms. Vecera's second request, she has already enjoyed the benefit of two extension periods.

We **GRANT** the request and **ORDER** the reporter's record filed on or before **March 15, 2019**. If Ms. Vecera fails to file the record by March 15, 2019, the Court may utilize its available remedies, including ordering that she not sit until the complete reporter's record is filed.

/s/     CORY L. CARLYLE
JUSTICE